

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Perez Hilton Management, Inc., d/b/a
Perezitos.com, Appellant

No. 06-13-00093-CV      v.

Kristina Head, a/k/a Kristina Robinson,
Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 13-
0040). Opinion delivered by Chief Justice
Morriss, Justice Carter and Justice Moseley
participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Perez Hilton Management, Inc., d/b/a Perezitos.com, pay all costs of this appeal.

RENDERED DECEMBER 20, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk